UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Segundo P., Civ. No. 26-4878 (PAM/SGE)

Petitioner,

v. **ORDER**

Todd Blanche, Attorney General, Markwayne Mullin, Secretary, U.S. Department of Homeland Security; David Venturella, Acting Director of Immigration and Customs Enforcement, David Easterwood, Acting Director, St. Paul Field Office Immigration and Customs Enforcement, and Ben Zawacki, Sherburne County Sheriff,

Respondents.

---

**IT IS HEREBY ORDERED that:**

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner Segundo P. by no later than November 25, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. If Petitioner intends to file a reply to Respondents' answer, he must do so by no later than December 2, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

3. To the extent Petitioner seeks an order prohibiting his transfer or removal during the petition's adjudication, this request is **DENIED without prejudice** to its reconsideration once these matters have been fully briefed.

Dated: November 18, 2026

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge